■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v LASCELLE SLOWLEY, Appellant. [873 NYS2d 229]—Judgment,

Supreme Court, New York County (Renee A. White, J.), rendered on or about September 18, 2007, unanimously affirmed. No opinion. Order filed. Concur—Friedman, J.P., Gonzalez, Buckley and Renwick, JJ.